Termed Case Report — Page 27 of 35

Case 2:15-cv-00493-RDP   Document 68-17   Filed 08/11/16   Page 1 of 9

FILED
2016 Aug-11 PM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

| Name | Status | Case Numbers | DOB | ID |
|---|---|---|---|---|
| | Successful Termination | | | 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 |
| SCOGGINS, MILLIE CEREESE | Successful Termination | TR12-606 | 12/6/1967 | 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 |
| SCRUGGS, CORY GAGE | Successful Termination | TR14-179 | 10/26/1991 | 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 |
| SEALE, BRYAN | Terminated Modified | TR13-746 | 2/28/1989 | 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 |
| SEALE, ERIC | Successful Termination | TR13-93 | 9/22/1974 | 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 |
| SEALE, ERIC | Terminated Modified | TR13-381 | 9/22/1974 | 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 |
| SEALE, ERIC | Terminated Modified | TR14-78 | 9/22/1974 | 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 |
| SEALE, ERIC | Terminated Modified | TR13-342 | 9/22/1974 | 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 |
| SEALE, ERIC | Terminated Modified | TR14-397, TR14-398 | 9/22/1974 | 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 |
| SELF, MICHAEL | Successful Termination | TR13-773, TR13-774 | 8/17/1989 | 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 |
| SHAW, AMANDA | Successful Termination | MC13-000018 | 8/31/1981 | 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 |
| SHEA, THERESA MARIE | Terminated Modified | TR09-00147, TR09-00148 | 3/24/1965 | 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 |
| SHELLEY, CEDRIC | Terminated Modified | TR09-307, TR09-308 | 2/14/1969 | 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 |
| SHERMAN, RAYMOND | Successful Termination | TR13-469 | 7/29/1983 | 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 |
| SHOEMAKER, KEVIN | Terminated Modified | TR13-643, TR13-644, TR13-645 | 1/23/1979 | 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 |
| SILVERS, JESSE WAYNE | Terminated Modified | TR14-410, TR14-478 | 3/3/1989 | 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 |
| SIMPSON, MORGAN | Successful Termination | TR13-615 | 4/23/1995 | 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 |
| SMITH, BRANDON LAMAR | Terminated Modified | TR07-00730, TR07-00950, TR08-00007, TR08-00008, TR08-0009 | 12/2/1980 | 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 |
| | | TR11-306, TR11-308 | 1/15/1975 | |

| Name | Status | Case Numbers | Date | SSN |
|---|---|---|---|---|
| SMITH, CHUCKIE WAYNE | Terminated Modified | | | 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 |
| SMITH, DANIEL CHARLES | Terminated Modified | TR10-00379, TR10-00380 | 11/6/1991 | 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 |
| SMITH, ERVIN | Terminated Modified | TR10-0581 | 6/26/1986 | 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 |
| SMITH, KARA ELIZABETH | Terminated Modified | MC10-00104 | 10/16/1979 | 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 |
| SMITH, KEITH | Terminated Modified | TR14-198 | 1/8/1961 | 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 |
| SMITH, STEPHEN | Terminated Modified | TR10-0080, TR10-0590 | 12/3/1982 | 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 |
| SOLOMON, DYANA | Successful Termination | TR12-588 | 3/15/1988 | 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 |
| SPAIN, KENNETH BLAKE | Terminated Modified | TR11-350, TR11-351 | 2/11/1993 | 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 |
| SPANO, JOSEPH | Terminated Modified | MC10-00114 | 7/10/1982 | 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 |
| SPANO, JOSEPH | Terminated Modified | MC14-000036 | 7/10/1982 | 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 |
| SPANO, JOSEPH ANTHONY | Terminated Modified | MC10-0098 | 7/10/1982 | 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 |
| SPINDLOW, RHONDA | Successful Termination | TR13-760, TR13-761 | 7/9/1957 | 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 |
| ST JOHN, ETHAN | Terminated Modified | MC12-000070 | 8/2/1989 | 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 |
| STAFFORD, BRANDI MICHELLE | Terminated Modified | TR11-327 | 12/23/1978 | 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 |
| STAFFORD, BRANDY | Terminated Modified | TR11-566, TR11-570 | 12/23/1978 | 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 |
| STAFFORD, BRANDY MICHELLE | Terminated Modified | MC09-0109 | 12/23/1978 | 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 |
| STAFFORD, BRITTANY ANNE | Successful Termination | TR11-541 | 4/11/1991 | 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 |
| STEWART, KIMBERLY | Successful Termination | TR13-646 | 6/27/1990 | 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 |
| | | TR12-300, TR12-301 | 1/18/1990 | |

| Name | Status | Cases | Date | ID |
|---|---|---|---|---|
| STOUDMIRE, DEANDRE | Terminated Modified | | | 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 |
| STRICKLIN, RAYMOND | Terminated Modified | TR13-56, TR13-57 | 1/1/1960 | 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 |
| SUKER JR, RONALD | Terminated Modified | TR13-852, TR13-853 | 8/3/1972 | 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 |
| SULLIVAN, JIMMY | Terminated Modified | TR09-00697, TR09-00698, TR09-00699 | 4/26/1960 | 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 |
| SWANN, JERRY | Successful Termination | TR13-216 | 11/7/1972 | 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 |
| SYKORA, ASHLEY | Terminated Modified | TR12-240 | 11/21/1989 | 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 |
| TABB, CECILIA | Successful Termination | TR14-751 | 12/14/1973 | 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 |
| TALLEY, AUSTIN | Terminated Modified | TR12-423, TR12-425 | 2/13/1993 | 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 |
| TALLEY, AUSTIN JAMES | Terminated Modified | TR12-358 | 2/13/1993 | 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 |
| TALTON, ROY | Successful Termination | TR13-498 | 12/26/1981 | 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 |
| TARRANTS, CHIVON | Terminated Modified | TR14-585, TR14-586 | 6/3/1986 | 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 |
| TARRANTS, CHIVON | Terminated Modified | MC12-000072 | 6/3/1986 | 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 |
| TAYLOR, DAKOTA | Successful Termination | TR13-409, TR13-418 | 6/27/1997 | |
| TAYLOR, PATRICK | Successful Termination | TR13-325 | 7/8/1990 | 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 |
| TESKE, SUSAN A. | Terminated Modified | TR09-600, TR09-601 | 12/27/1983 | 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 |
| THOMAS, KENNETH RAY | Terminated Modified | TR10-0760 | 2/15/1963 | 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 |
| THOMAS, RAKIM | Terminated Modified | TR13-740 | 1/16/1989 | 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 |
| TOMPKINS, JAVON | Terminated Modified | TR13-635 | 7/8/1992 | 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 |
| TRAYWICK, WILLIAM WILLIE | Successful Termination | TR13-189 | 12/15/1996 | |

| Name | Status | Case Numbers | Date | ID |
|---|---|---|---|---|
| TRIMBLE, ALIXANDRIA | Successful Termination | TR13-620 | 5/30/1991 | 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 |
| TRUSS, DEXTER | Terminated Modified | TR14-593, TR14-594, TR14-595 | 2/9/1969 | 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 |
| TRUSS, DEXTER LAMAR | Terminated Modified | MC09-0099, MC09-0100 | 2/9/1969 | 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 |
| TRUSS, TRACY | Terminated Modified | TR13-00013 | 1/2/1972 | 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 |
| UPTON, JODIE DUKE | Terminated Modified | TR13-41, TR13-42 | 7/3/1971 | 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 |
| VANDERSLICE, TERRELL | Terminated Modified | TR15-031, TR15-032 | 2/10/1976 | 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 |
| VARDAMAN, JENNY | Successful Termination | MC14-000033, MC14-000034 | 8/24/1984 | 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 |
| VAZQUEZ, MARCELINO | Successful Termination | TR13-313 | 6/2/1967 | |
| VAZQUEZ, MARCELINO | Successful Termination | TR10-329 | 6/2/1967 | |
| VAZQUEZ, TINA | Terminated Modified | MC14-000061 | 11/25/1963 | 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 |
| VAZQUEZ, TINA ANN | Successful Termination | MC14-000025 | 11/25/1963 | 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 |
| VEST, ZACHERY | Successful Termination | TR14-534 | 2/4/1993 | 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 |
| VEST, ZACHERY | Terminated Modified | TR14-423, TR14-424, TR14-425 | 2/4/1993 | 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 |
| VETRANO, PHILLIP | Successful Termination | TR13-742 | 1/29/1977 | 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 |
| VETRANO, PHILLIP | Successful Termination | MC11-000080 | 1/29/1977 | 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 |
| VETRANO, TERA ELAINE | Successful Termination | TR13-365 | 7/9/1971 | 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 |
| VINES, MICHAEL | Successful Termination | TR13-664 | 2/21/1980 | 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 |
| WADE, JESSICA | Successful Termination | TR14-282 | 5/10/1983 | 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 |
| WADE, JIMMY | Terminated Modified | TR12-590, TR12-591 | | 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 |

| Name | Status | Case Numbers | Date | ID |
|---|---|---|---|---|
| WADE, JIMMY S. | Terminated Modified | TR10-00261 | | 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 |
| WALKER, ARIKA | Terminated Modified | TR13-254 | 1/20/1983 | 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 |
| WALTON, CECILY | Successful Termination | TR12-779 | 8/2/1990 | 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 |
| WALTON, CECILY | Terminated Modified | TR15-084 | 8/2/1990 | 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 |
| WALTON, DAKOTA | Terminated Modified | MC14-000047 | 11/2/1987 | 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 |
| WALTON, JENNIFER | Successful Termination | MC13-000012 | 5/24/1994 | 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 |
| WALTON, JENNIFER | Successful Termination | TR13-710, TR13-713 | 5/24/1994 | 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 |
| WALTON, KENNIXE | Successful Termination | TR13-86, TR13-87 | 1/12/1978 | 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 |
| WALTON, KENNIXE | Successful Termination | TR09-364, TR09-365 | 1/12/1978 | 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 |
| WALTON, MAQUITA | Successful Termination | TR14-332 | 5/11/1976 | 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 |
| WALTON, TOMMY | Successful Termination | TR13-322 | 12/12/1968 | 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 |
| WALTON, TOMMY GERALD | Terminated Modified | MC08-00060, MC08-00061 | 12/12/1968 | 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 |
| WAMBAUGH III, GERALD | Successful Termination | TR14-130 | 5/25/1991 | 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 |
| WASHINGTON, ANDRETTI | Terminated Modified | TR14-745 | 11/17/1973 | 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 |
| WASHINGTON, ANDRETTI | Terminated Modified | TR12-245, TR12-247 | 11/17/1973 | 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 |
| WASHINGTON, ANDRETTI | Terminated Modified | TR12-163 | 11/17/1973 | 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 |
| WASHINGTON, ANGEL DIANNE | Successful Termination | TR13-234 | 3/31/1965 | 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 |
| WASHINGTON, CURTIS | Terminated Modified | MC12-41, MC12-42, MC12-43 | 12/7/1990 | 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 |
| | | TR13-822 | 7/10/1982 | |

| Name | Status | Case Numbers | DOB | SSN |
|---|---|---|---|---|
| WASHINGTON, EMONAKIA | Terminated Modified | | | 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 |
| WASHINGTON, SHAQUITA | Successful Termination | TR15-089 | 7/22/1985 | 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 |
| WATTENBARGER, MATTHEW | Terminated Modified | MC13-000089 | 3/4/1994 | 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 |
| WEBB, KAYLEIGH | Successful Termination | TR14-715 | 8/19/1988 | 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 |
| WESTLAND, ANDREA | Successful Termination | TR12-289 | 7/1/1972 | 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 |
| WHALEY, JANICE | Terminated Modified | TR13-775, TR13-776 | 4/12/1987 | 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 |
| WHISENHUNT, TORI | Terminated Modified | TR14-193 | 9/7/1995 | 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 |
| WHISMAN, RANDY | Terminated Modified | TR13-818, TR13-819 | 11/30/1965 | 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 |
| WHITE, JEREMY | Terminated Modified | MC13-000066 | 1/8/1993 | 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 |
| WHITFIELD, PATRICIA DIANE | Terminated Modified | TR13-824 | 3/24/1972 | 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 |
| WHITLEY, ERIN C. | Successful Termination | TR14-112 | 6/4/1972 | 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 |
| WHITMAN, EARL GENE | Terminated Modified | MC14-000021, MC14-000026 | 5/10/1973 | 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 |
| WILBANKS, WANDA | Terminated Modified | MC11-000068 | 10/17/1967 | 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 |
| WILEY JR, RALPH | Terminated Modified | MC14-000019 | 10/17/1950 | 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 |
| WILEY JR, RALPH WARNER | Successful Termination | ML12-000090 | 10/17/1950 | 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 |
| WILEY, CODY JAMES | Successful Termination | TR10-109, TR10-110, TR10-111 | 5/26/1988 | 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 |
| WILEY, CODY JAMES | Terminated Modified | TR10-00041 | 5/23/1980 | 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 |
| WILEY, RALPH | Terminated Modified | MC13-28 | 10/17/1950 | 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 |
| WILEY, RALPH | | MC12-000089 | 10/17/1950 | |

| | | | | |
|---|---|---|---|---|
| | Successful Termination | | | 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 |
| WILHITE, JUSTIN | Terminated Modified | MC15-000002 | 8/23/1979 | 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 |
| WILLIAMS, CHRISTINA E. | Terminated Modified | TR11-632 | 10/24/1963 | 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 |
| WILLIAMS, COREY | Terminated Modified | TR12-752 | 2/17/1980 | 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 |
| WILLIAMS, DAKAR | Successful Termination | TR13-595 | 6/5/1976 | 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 |
| WILLIAMS, IVAN | Successful Termination | MC13-000042 | 2/9/1993 | 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 |
| WILLIAMS, JACEY | Terminated Modified | MC11-000050, MC11-000051 | 7/24/1989 | 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 |
| WILLIAMS, JACY | Terminated Modified | MC11-000061, MC11-000062 | 7/24/1989 | 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 |
| WILLIAMS, JACY | Terminated Modified | MC11-000094 | 7/24/1989 | 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 |
| WILLIAMS, JACY | Terminated Modified | MC11-000099 | 7/24/1989 | 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 |
| WILLIAMS, JACY | Terminated Modified | MC10-00086, MC10-00096 | 7/24/1989 | 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 |
| WILLIAMS, SUSAN | Successful Termination | TR13-219 | 12/5/1970 | 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 |
| WILLIAMS, TERESA | Successful Termination | TR12-292, TR12-295 | 12/29/1964 | 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 |
| WILLIAMS, TERESA | Successful Termination | TR12-676, TR12-707, TR12-709 | 12/29/1964 | 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 |
| WILLIAMS, TERESA | Successful Termination | MC13-000079, TR13-589 | 12/29/1964 | 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 |
| WILLIAMS, TIMOTHY | Successful Termination | TR15-107 | 7/13/1988 | 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 |
| WILLIS, JOSHUA | Terminated Modified | TR08-00822, TR08-00823 | 8/6/1983 | 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 |
| WILSON, DANA | Successful Termination | TR13-00005 | 11/25/1968 | 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 |
| WILSON, TIMOTHY | | TR12-179, TR12-186 | 9/10/1964 | |

| Name | Status | Cases | DOB | SSN |
|---|---|---|---|---|
| | Terminated Modified | | | 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 |
| WOLFE, BRANDON | Successful Termination | TR13-128, TR13-193 | 7/1/1991 | 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 |
| WOLFE, BRANDON | Successful Termination | MC13-000067 | 7/1/1991 | 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 |
| WOLFE, TIFFANY | Successful Termination | TR13-276, TR13-278, TR13-307 | 1/16/1984 | 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 |
| WOLFE, TIFFANY | Successful Termination | TR12-749 | 1/16/1984 | 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 |
| WOOD JR, CECIL | Terminated Modified | MC14-000053, MC14-000054 | 8/3/1965 | 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 |
| WOOD, ERIC DAKOTA | Terminated Modified | TR14-721 | 3/26/1991 | 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 |
| WOOD, JENNIFER LYNN | Terminated Modified | TR13-422 | 12/20/1983 | 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 |
| WOOD, TABATHA | Successful Termination | TR11-690, TR12-76 | 7/5/1988 | 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 |
| WOOD, TABATHA | Successful Termination | TR12-473 | 7/5/1988 | 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 |
| WOODS, DAVID PRESLEY | Successful Termination | TR13-194 | 1/8/1978 | 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 |
| WOODS, DAVID PRESLEY | Terminated Modified | TR09-00031, TR09-00032 | 1/8/1978 | 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 |
| WOODS, HALI | Successful Termination | TR13-446 | 12/9/1996 | 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 |
| WOODS, HORACE | Terminated Modified | TR11-659, TR11-660 | 8/4/1955 | 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 |
| WOODS, KARI | Successful Termination | TR13-449 | 12/22/1993 | 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 |
| WOODS, KARL KARI | Terminated Modified | TR13-769 | 12/22/1993 | 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 |
| WOOLEY, NORMAN J. | Terminated Modified | TR14-136, TR14-137 | 7/30/1969 | 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 |
| WOOTEN, BRANDON WAYNE | Terminated Modified | TR06-182, TR06-183, TR06-263, TR06-264, TR06-265, TR06-266 | 7/8/1984 | 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 |
| | | MC10-00062 | 7/8/1984 | |

| Name | Status | Cases | DOB | SSN |
|---|---|---|---|---|
| WOOTEN, BRANDON WAYNE | Terminated Modified | | | 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 |
| WOOTEN, JEFFREY | Terminated Modified | TR13-805, TR13-806, TR13-807 | 5/25/1965 | 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 |
| WOOTEN, PHILLIP | Terminated Modified | MC12-18, MC12-19, MC12-20, TR12-57, TR12-60, TR12-61 | 5/27/1964 | 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 |
| WORTHY, NAPOLEON | Terminated Modified | TR11-423, TR11-424 | 7/29/1987 | 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 |
| WRIGHT JR, GROVER NESBY | Terminated Modified | MC10-0077 | 12/29/1987 | 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 |
| WRIGHT JR., GROVER NESBY | Terminated Modified | TR10-00573, TR10-00574, TR10-00575 | 12/29/1987 | 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 |
| WYNN, ALEX | Successful Termination | TR13-717 | 11/17/1989 | 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 |
| YOUNG, WILLIAM | Terminated Modified | TR07-00842, TR07-00843 | 3/17/1989 | 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 |
| YOUNGBLOOD, CEDRICK T. | Terminated Modified | MC14-000018, TR14-109, TR14-211 | 2/27/1970 | 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 |
| YOUNGBLOOD, DRICO | Terminated Modified | TR14-542, TR14-543, TR14-632 | 12/16/1995 | 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 |
| YOUNGBLOOD, DRICO | Successful Termination | TR13-752, TR13-802 | 12/16/1995 | 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 |
| YOUNGBLOOD, DRICO | Successful Termination | TR13-462 | 12/16/1995 | 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 |
| ZUPANCIC, ROBERT | Successful Termination | TR13-272, TR13-345 | 11/7/1962 | 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 |