# IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| HALI WOODS and SUSAN DOUGLAS, INDIVIDUALLY AND FOR A CLASS OF SIMILARLY SITUATED PERSONS OR ENTITIES, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-cv-00493-RDP |
| | ) | |
| THE CITY OF COLUMBIANA, *et al.*, | ) ) | |
| Defendants. | ) | |

## ANSWER BY CHC COMPANIES, LLC AND CORRECT CARE SOLUTIONS, LLC TO PLAINTIFFS' THIRD AMENDED AND RESTATED COMPLAINT

Defendants CHC Companies, LLC f/k/a CHC Companies, Inc. and Correct Care Solutions, LLC answer Plaintiffs' Third Amended and Restated Complaint (Doc. 143) as follows and asserts the following defenses:

### Jurisdiction and Venue

1.     CHC Companies, LLC and Correct Care Solutions, LLC admit this Court has subject matter jurisdiction, but denies the Plaintiffs are entitled to any relief under 42 U.S.C. §§ 1983 or 1988.

2.     CHC Companies, LLC and Correct Care Solutions, LLC admit that this court has subject matter jurisdiction, but denies the Plaintiffs are entitled to any relief under 42 U.S.C. § 1983.

3.     No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the statement contained in Paragraph 3.

4.     Admitted.

## Parties to the Complaint

5-6.   Admitted based on information and belief.

7.     CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

8.     CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

9.     CHC Companies, LLC and Correct Care Solutions, LLC admit that CHC Companies, LLC is a foreign corporation formed in Delaware and doing business in Alabama. The remainder of this paragraph is denied.

10.    CHC Companies, LLC and Correct Care Solutions, LLC admit that Correct Care Solutions, LLC is a foreign corporation formed in Kansas and doing business in Alabama. CHC Companies, LLC and Correct Care Solutions, LLC

admit that Correct Care Solutions, LLC's headquarters is in Nashville, Tennessee. The remainder of this paragraph is denied.

## Factual Allegations

11-14.      Denied.

15.     The agreement speaks for itself. Any inconsistent allegations are denied.

16.     The agreement speaks for itself. Any inconsistent allegations are denied.

17-37.      Denied.

## The Named Plaintiffs' Experiences

**I.      Hali Woods**

38.     Admitted based on information and belief.

39-44.      CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

45-50.      Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

3

51-52.       CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

53.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## II.   Susan Douglas

54.   Admitted based on information and belief.

55-58.       Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

59.   CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

60-65.       Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

66.    CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

67-74.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

75-80.    CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

81-86.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

87.    CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

88.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or

information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

89-90.     CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

91-95.     Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

96-99.     CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

100-106.     Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

107. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

108-118.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

119-120.    CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

121-123.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Factual Allegations Regarding Conspiracy Between JCS/CHC/CCS and the Columbiana Municipal Court

124-141.    Denied.

### Plaintiffs' Class Allegations

142.   CHC Companies, LLC and Correct Care Solutions, LLC deny the claims should be certified as a class action. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

143-144.    Denied.

145.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

146-148.   Denied.

149-151.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

<u>**Count One – Denial of Due Process**</u>
<u>**City of Columbiana**</u>

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

152.   CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

153.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

154.   The agreement speaks for itself. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

155-159.   CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

160.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

161-162.   CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

163-175.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

176.   CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

177-178.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

179-180.    CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

181.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

182-185.    CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

### Count Two – Denial of Due Process by JCS/CHC/CCS Both Through Its Own Independent Acts and In Conspiracy with Columbiana's Municipal Court

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

186-191.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack

knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

192.   The agreement speaks for itself. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

193-197.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

198-200.    Denied.

201-221.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

## Count Three – Violation of the Fourth Amendment
## City of Columbiana

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

222. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

223-224.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

225.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

226.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

227.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

228-232.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Count Four – Violation of the Fourth Amendment
### by JCS/CHC/CCS, Both Through Its Own Independent Acts
### and In Conspiracy with Columbiana's Municipal Court

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

233-239.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

240.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

241-243.    Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Count Five – Violation of the Sixth Amendment
### City of Columbiana

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

244.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

245-260.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Count Six – Violation of the Sixth Amendment by JCS/CHC/CCS In Conspiracy with Columbiana's Municipal Court

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

261-272.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Count Seven – Violation of the Eighth Amendment City of Columbiana

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

273.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

274.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

275-279.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

280-285.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

286-287.   CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of these allegations, so the allegations are denied.

288.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or

information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

### Count Eight – Violation of the Eighth Amendment by JCS/CHC/CCS, Both Through Its Own Independent Acts and in Conspiracy with Columbiana's Municipal Court

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

289.  Denied.

290.  No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent this paragraph implies CHC Companies, LLC and Correct Care Solutions, LLC violated the Eighth Amendment, CHC Companies, LLC and Correct Care Solutions, LLC deny the allegations in this paragraph.

291-293.    No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

294-303.    Denied.

### Count Nine – Denial of Equal Protection City of Columbiana

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

304.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

305-314.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

**Count Ten – Violation of Equal Protection by
JCS/CHC/CCS, Both Through Its Own Independent Acts
and In Conspiracy with Columbiana Municipal Court**

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

315-318.   Denied.

319.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

320-327.   Denied.

**Count Eleven – Declaratory and Injunctive Relief**

CHC Companies, LLC and Correct Care Solutions, LLC incorporate by reference the previous answers and denials as if fully stated herein.

17

328.   Denied.

329.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

330.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so those allegations are denied.

331-332. No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

333-340.   Denied as to CHC Companies, LLC and Correct Care Solutions, LLC. CHC Companies, LLC and Correct Care Solutions, LLC lack knowledge or information sufficient to form a belief about the truth of the remaining allegations, so these allegations are denied.

341-347.   No response is due from CHC Companies, LLC and Correct Care Solutions, LLC to the allegations in this paragraph. To the extent a response is due, these allegations are denied.

Defendants deny that Plaintiffs are entitled to any relief requested in the ad damnum clause following Paragraph 347 or otherwise sought in the Third Amended and Restated Complaint and demand strict proof thereof.

## General Denial

CHC Companies, LLC and Correct Care Solutions, LLC deny any factual, legal or mixed allegations in the Third Amended and Restated Complaint not specifically admitted in this answer.

## Affirmative Defenses

1.     The Third Amended and Restated Complaint and each claim therein fails to state claims upon which relief can be granted.

2.     Plaintiffs failed to state injuries or damages caused by CHC Companies, LLC or Correct Care Solutions, LLC which violated Plaintiffs' constitutional rights.

3.     Plaintiffs failed to fulfill conditions precedent to bringing suit against CHC Companies, LLC and Correct Care Solutions, LLC.

4.     Some or all of the Plaintiffs' claims are barred by the statute of limitations, waiver, estoppel, laches, acquiescence, and accord and satisfaction.

5.     The claims are barred by untimely or late notice.

6.     Plaintiffs' alleged damages were caused by their failure to mitigate those damages through the exercises of reasonable diligence.

19

7.    CHC Companies, LLC and Correct Care Solutions, LLC plead set-off and recoupment.

8.    CHC Companies, LLC and Correct Care Solutions, LLC plead the doctrine of unclean hands.

9.    The Plaintiffs failed to join indispensable parties, including, but not limited to, the State of Alabama.

10.    CHC Companies, LLC and Correct Care Solutions, LLC plead qualified, judicial, and/or discretionary function immunity.

11.    Plaintiffs were guilty of negligence, wantonness, recklessness and intentional acts or criminal acts which proximately caused or contributed to the injuries or damages claimed.

12.    Plaintiffs' Complaint should be dismissed in there is no evidence of a policy or practice adopted by these Defendants which violates the Plaintiffs' constitutional rights nor do CHC Companies, LLC or Correct Care Solutions, LLC have a policy or custom which is unconstitutional.

13.    CHC Companies, LLC and Correct Care Solutions, LLC deny any guilt or wrongful conduct giving rise to the stated cause(s) of action in the Complaint.

14.    Plaintiffs' claims for the recovery of punitive damages are barred by Ala. Code § 6-11-27.

15.     Plaintiffs are not entitled to punitive damages and the award of punitive damages would violate the Fourth, Fifth, Sixth, Eleventh, and Fourteenth Amendments of the Constitution of the United States and Article 1 §§ 6, 10, 11, 15, 22, 35, 36, and 43 of the Constitution of Alabama (1901).

16.     Plaintiffs' Third Amended and Restated Complaint fails to state a claim upon which relief can be granted for punitive damages.

17.     Plaintiffs' claims for the recovery of punitive damages are barred by Ala. Code §§ 6-11-20, *et seq*., and 11-93-2.

18.     CHC Companies, LLC and Correct Care Solutions, LLC deny each allegation in the Third Amended and Restated Complaint and demand strict proof thereof.

19.     CHC Companies, LLC and Correct Care Solutions, LLC deny that they owed any duty to any of the Plaintiffs.

20.     The Plaintiffs' damages, if any, resulted from a superseding, intervening cause and not by any act or omission of these Defendants.

21.     CHC Companies, LLC and Correct Care Solutions, LLC plead not guilty.

22.     Plaintiffs lack standing to assert some or all of their claims.

23.     This lawsuit is not manageable as a class action.

24.    CHC Companies, LLC and Correct Care Solutions, LLC deny that there are common questions of law and fact affecting members of the purported class.

25.    Plaintiffs' and the purported class members' claims are barred in whole or in part by consent.

26.    Plaintiffs and purported class members' claims are barred in whole or in part by claim preclusion and issue preclusion.

27.    Plaintiffs and the purported class members either pled or were found guilty of all offenses leading to their probation; therefore, any of Plaintiffs' and the purported class members' claims originating from facts or circumstances related to their probation lack merit and are barred.

28.    Plaintiffs' and the purported class members' injuries, if any, were caused solely by acts or omissions of persons or entities other than CHC Companies, LLC or Correct Care Solutions, LLC, who are not and were not employees or agents of CHC Companies, LLC or Correct Care Solutions, LLC, for whose acts or omissions CHC Companies, LLC or Correct Care Solutions, LLC are not responsible and which did not occur in connection with direct or indirect contractual relationship with CHC Companies, LLC or Correct Care Solutions, LLC. At all times, CHC Companies, LLC or Correct Care Solutions, LLC

exercised due care and took precaution against foreseeable acts and omissions of third parties.

29.     Plaintiffs' claims are barred by the *Younger* abstention doctrine. *Younger v. Harris*, 401 U.S. 37 (1971).

30.     CHC Companies, LLC and Correct Care Solution, LLC are entitled to attorney's fees because Plaintiffs' action against CHC Companies, LLC and Correct Care Solution, LLC are frivolous, unreasonable, or groundless and Plaintiffs continued to litigate after it became clear.

31.     Plaintiffs' claims violates Rule 11 of the *Federal Rules of Civil Procedure.*

32.     CHC Companies, LLC's and Correct Care Solutions, LLC's actions or inactions are not the proximate cause of Plaintiffs' or the purported class members' alleged damages.

33.     Plaintiffs and the purported class members failed to show the likelihood or irreparable harm.

34.     The issuance of an injunction would not serve the public interest.

35.     Plaintiffs and the purported class members failed to plead equity.

36.     Plaintiffs failed to meet conditions precedent to bring this lawsuit.

37.     There is no affirmative link or causal connection between any of CHC Companies, LLC's and Correct Care Solutions, LLC's alleged policies, customs,

or practices and Plaintiffs and the purported class members' alleged injuries or damages.

38.     This action may not be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

39.     Plaintiffs and the purported class cannot satisfy the prerequisites for class certification and therefore cannot represent the interest of others.

40.     This lawsuit cannot be maintained as a class action because individual questions of law and fact predominate, including, but not limited to, each person's alleged damages are different and subject to different defenses and mitigating circumstances.

41.     CHC Companies, LLC and Correct Care Solutions, LLC deny a class action is superior to all available methods for a fair and efficient adjudication of this controversy.

42.     CHC Companies, LLC and Correct Care Solutions, LLC deny there are common questions of law and fact affecting members of the purported class.

43.     Certification of the class, as applied to the facts and circumstances of this case, would constitute a denial of CHC Companies, LLC's and Correct Care Solutions, LLC's due process rights, both substantive and procedural, in violation of the Fourteenth Amendment of the United States Constitution and the Alabama Constitution of 1901.

24

44.    The voluntary payment doctrine bars Plaintiffs' claims and the class action claims.

45.    Plaintiffs and purported class members cannot prove the elements of any of their claims.

46.    CHC Companies, LLC and Correct Care Solutions, LLC deny that the claims of the individual Plaintiffs are typical of the claims of the proposed class and that the defenses to the action are also on grounds generally applicable to the proposed class.

47.    Plaintiffs willfully failed to comply with the terms of probation, even when able to do so.

48.    CHC Companies, LLC and Correct Care Solutions, LLC adopt and incorporate by reference as if fully set forth herein all affirmative defenses asserted by the other defendants in this case, to the extent that those affirmative defenses are not inconsistent with the answers, denials, and affirmative defenses asserted by the Defendants.

49.    CHC Companies, LLC and Correct Care Solutions, LLC reserve the right to assert any further additional defenses that may be developed during the course of discovery in this matter.

25

DATED: August 10, 2018             RESPECTFULLY SUBMITTED,

                             */s/ F. Lane Finch, Jr.*
                             F. LANE FINCH, JR.
                             (ASB-0027-I58F)
                             BRIAN C. RICHARDSON
                             (ASB-5241-H14U)
                             *Attorneys for CHC Companies, LLC*
                             *and Correct Care Solutions, LLC.*

**OF COUNSEL:**
**SWIFT, CURRIE, MCGHEE & HIERS, LLP**
2 North 20th Street, Suite 1405
Birmingham, Alabama 35203
T: (205)314-2403
F: (205) 244-1373
lane.finch@swiftcurrie.com
brian.richardson@swiftcurrie.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2018, the foregoing was served on the following attorneys of record by one or more of the following means in accordance with the Federal Rules of Civil Procedure:

[✓]   CM/ECF Electronic Filing
[]   Email
[]   U.S. Mail
[]   Facsimile
[]   Hand Delivery

William M. Dawson, Jr., Esquire
G. Daniel Evans, Esquire
Alexandria Parrish, Esquire
Maurine C. Evans, Esquire
bill@billdawsonlaw.com
gdevans@evanslawpc.com
ap@evanslawpc.com
mevans@evanslawpc.com
***Attorneys for Plaintiffs***

Michael L. Jackson, Esquire
Larry S. Logsdon, Esquire
Wesley K. Wilborn, Esquire
Wilson F. Green, Esquire
mjackson@wallacejordan.com
llogsdon@wallacejordan.com
wwinborn@wallacejordan.com
wgreen@fleenorgreen.com
***Attorneys for Judicial Correction Services***

Frank C. Ellis, Jr., Esquire
J. Bentley Owens, III, Esquire
Joshua D. Arnold, Esquire
fellis@wefhlaw.com
bowens@wefhlaw.com
jarnold@wefhlaw.com
***Attorneys for City of Columbiana***

*/s/ F. Lane Finch, Jr.*
OF COUNSEL

27

3763891v.1